FILED

2012 OCT 23 PM 1: 19

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY LAW

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FEDERAL HOME LOAN MORTGAGE CORPORATION,

Plaintiff,

vs.

PARKER R. HAWKINS, et al.,

Defendants.

CASE NO. SACV 12-1809-UA (DUTYx)

ORDER SUMMARILY REMANDING IMPROPERLY-REMOVED ACTION

The Court will remand this unlawful detainer action to state court summarily because Defendant removed it improperly.

On October 17, 2012, Defendant Parker R. Hawkins, having been sued in what appears to be a routine unlawful detainer action in California state court, lodged a Notice of Removal of that action to this Court and also presented an application to proceed *in forma pauperis*. The Court has denied the latter application under separate cover because the action was not properly removed. To prevent the action from remaining in jurisdictional limbo, the Court issues this Order to remand the action to state court.

Simply stated, Plaintiff could not have brought this action in federal court in the first place, in that Defendant does not competently allege facts supplying either diversity or federal-question jurisdiction, and therefore removal is improper. 28 U.S.C. § 1441(a); *see Exxon Mobil Corp v. Allapattah Svcs., Inc.*, 545 U.S. 546, 563, 125 S. Ct. 2611, 162 L. Ed.

1  2d 502 (2005). Even if complete diversity of citizenship exists, the amount in controversy

2  does not exceed the diversity-jurisdiction threshold of $75,000.  *See* 28 U.S.C.

3  §§ 1332, 1441(b).  On the contrary, the unlawful-detainer complaint recites that the

4  amount in controversy does not exceed $10,000.

5      Nor does Plaintiff's unlawful detainer action raise any federal legal question. *See*

6  28 U.S.C. §§ 1331, 1441(b).

7      Accordingly, IT IS ORDERED that (1) this matter be REMANDED to the Superior

8  Court of California, County of Orange, Central Justice Center, 700 Civic Center Drive

9  West, Santa Ana, CA 92701, for lack of subject matter jurisdiction pursuant to 28 U.S.C.

10 § 1447(c); (2) the Clerk send a certified copy of this Order to the state court; and (3) the

11 Clerk serve copies of this Order on the parties.

12     IT IS SO ORDERED.

13

14 DATED: _____10/24/12_____

15

16

17

18 _____
   GEORGE H. KING
   CHIEF UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28